UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JOHN M. PITMAN, III and PENINSULA PLASTIC SURGERY CENTER, LTD.<br><br>    Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, EDWARD MAGEDSON, DARREN M. MEADE, TRACEY A. RICHTER, ANNA RICHTER, BERT PITMAN (a/k/a BERT RICHTER)<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 4:17-cv-00012-AWA-RJK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF REMOVAL FILING RECEIPT FROM THE CIRCUIT COURT FOR WILLIAMSBURG/JAMES CITY COUNTY**

Attached as **Exhibit A** is a copy of the Notice of Removal filed with the Circuit Court for Williamsburg/James City County on February 10, 2017.

Dated: February 15, 2017            Respectfully submitted,

                                                  /s/ David A. Warrington
                                                David A. Warrington (VSB No. 72293)
                                                LeClairRyan, A Professional Corporation
                                                2318 Mill Road, Suite 1100
                                                Alexandria, VA 22314
                                                Phone: (703) 647-5926
                                                Fax: (703) 647-5966
                                                david.warrington@leclairryan.com

                                                *Counsel for Edward Magedson and*
                                                *Xcentric Ventures, LLC*

Case 4:17-cv-00012-HCM-DEM   Document 3   Filed 02/15/17   Page 2 of 3 PageID# 86

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February, 2017, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all authorized users, and was sent via electronic and first class mail, postage prepaid, to the following:

Aaron B. Houchens (VSB No. 80489)
Stanley & Houchens, LLC
13508 Booker T. Washington Hwy.
Moneta, VA 24121
ahouchens@shg-law.com

Stephen M. Smith (VSB No. 14362)
Seth D. Scott (VSB No. 80907)
David B. Holt (VSB No. 65564)
The Smith Law Center
2100 Kecoughtan Road
Hampton, VA 23661
sscott@attorneys4injured.com
*Counsel for Plaintiff*

Jesse Binnall
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
jbinnall@harveybinnall.com
*Counsel for Anna Richter, Tracey Richter and Bert Pitman*

Thomas K. Norment, Jr.
Kauffman & Canoles
4801 Courthouse Street, Suite 300
Williamsburg, VA 23188
tknorment@kaufcan.com
*Counsel for Anna Richter and Bert Pitman*

/s/ David A. Warrington
David A. Warrington (VSB No. 72293)
LeClairRyan, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA 22314
Phone: (703) 647-5926

Fax: (703) 647-5966
david.warrington@leclairryan.com

*Counsel for Edward Magedson and
Xcentric Ventures, LLC*