UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| JOHN M. PITMAN, III and PENINSULA PLASTIC SURGERY CENTER, LTD.<br><br>    Plaintiffs,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, EDWARD MAGEDSON, DARREN M. MEADE, TRACEY A. RICHTER, ANNA RICHTER, BERT PITMAN (a/k/a BERT RICHTER)<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:17-cv-00012-AWA-RJK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Xcentric Ventures LLC in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities: Creative Business Investment Concepts, Inc.

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Xcentric Ventures LLC in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Date: February 15, 2017                  /s/ David A. Warrington
                                                    Signature of Attorney or Litigant
                                                    *Counsel for Edward Magedson and*
                                                    *Xcentric Ventures, LLC*